# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MENDOZA,<br><br>       Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br>       Defendant. | Case No. 1:13-CV-01543-SMS<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 4)<br><br>RESPONSE DUE WITHIN FIFTEEN (15) DAYS |

On September 25, 2013, Plaintiff Antonio Mendoza, proceeding *pro se* and *in forma pauperis*, filed the above-entitled action.  By this Court's October 2, 2013 scheduling and consent orders, the Court required the Plaintiff to comply with action items set forth therein.  Subsequently, Plaintiff has failed to comply with the Court's orders or take any action in this case.

Plaintiff is here advised that failure to comply with the Court's order may result in the dismissal of this action without further notice for failure to obey a court order and failure to prosecute.  FED. R. CIV. P. 41(b).  The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  FED. R. CIV. P. 11; Local Rule 110.

//

//

Accordingly, the Court **HEREBY ORDERS** that:

1. within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's orders of October 2, 2013; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   **July 17, 2014**                        **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE